DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,           )
                                    )
           Plaintiff,               )
                                    )
     v.                             )   Criminal No. 2016-29
                                    )
TOMAS MIGUEL LIRIANO CASTILLO,      )
                                    )
           Defendant.               )
_____)

ATTORNEYS:

**Ronald Sharpe, United States Attorney**
**Sigrid Tejo-Sprotte, AUSA**
United States Attorney's Office
St. Thomas, VI
     *For the United States of America,*

**Joseph A. DiRuzzo, III**
Fuerst Ittleman David & Joseph
Miami, FL.
     *For defendant Tomas Miguel Liriano Castillo.*

VERDICT FORM

**Question 1.**

As to Count One, conspiracy to distribute a controlled substance, on or about May 9, 2016, as charged in the Indictment, we find the defendant, Tomas Miguel Liriano Castillo,

_____          \_\_\_\_X_____
   Not Guilty                 Guilty

*United States v. Castillo*
Crim. No. 16-29
Page 2

**Question 2.**

As to Count Two, possession with intent to distribute a controlled substance, on or about May 9, 2016, as charged in the Indictment, we find the defendant, Tomas Miguel Liriano Castillo,

```
    _____              ___X_____
      Not Guilty                    Guilty
```

Only answer Question 3 if you answered "Guilty" on Question 1 or Question 2.

**Question 3.**

Do you unanimously find beyond a reasonable doubt that the weight or quantity of cocaine which was involved in the drug trafficking offense was 5 kilograms or more?



```
    _____              ___X_____
          No                        Yes
```

**Question 4.**

As to Count Three, federal use of a communication facility to facilitate a felony, on or about May 9, 2016, as charged in the Indictment, we find the defendant, Tomas Miguel Liriano Castillo,

```
    ___X_____              _____
      Not Guilty                    Guilty
```

*United States v. Castillo*
Crim. No. 16-29
Page 3

**Question 5.**

As to Count Four, illegal entry, on or about May 9, 2016, as charged in the Indictment, we find the defendant, Tomas Miguel Liriano Castillo,

_____          _____**X**_____
    Not Guilty                    Guilty

*United States v. Castillo*
Crim. No. 16-29
Page 4

_Eumera White  30_            _[signature]  28_

_[signature]  #26_            _[signature]  #2_

_Rhodore Jira  #45_           _Gayle Pemberton  #42_

_[signature]  #25_            _[signature]  6_

_[signature]  14_             _[signature]  15_

_[signature]  32_             _[signature]  49_
**Foreperson**

DATED this 4th day of October, 2016.